# United States District Court

## District of Oregon

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>  v.<br><br>Shawn Sherman Wilson, Jr.,<br><br>          Defendant. | **Case No. 6:17-cr-00345-AA-1**<br><br>**Order Granting Motion to Reduce Sentence** |

Aiken, United States District Judge:

  This matter is before the Court on the Mr. Wilson's unopposed motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A)(i). Based on the motion and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of Defendant's sentence to Time Served following full vaccination. Thus, the sentence is hereby amended for a term of: Time Served as of March 23, 2021 or when Mr. Wilson receives his second dose of the Moderna vaccine, whichever occurs later. The Defendant shall be released

**Page 1**   — ORDER granting motion to reduce sentence

after receiving his second dose of the Moderna vaccine, or the next following Monday if Mr. Wilson receives his second dose on a Saturday or Sunday.

The Court concludes that the Defendant's release under this order will not pose a danger to any other person or the community. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Unopposed Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in this case, in accordance with this decision. The amended judgment shall not become effective until March 23, 2021, or when Mr. Wilson receives his second dose of the Moderna vaccine, whichever occurs later, unless that date is a Saturday or Sunday, in which case the order will be effective the following Monday.

It is FURTHER ORDERED that Wilson's supervised release conditions be amended to require home confinement until January 26, 2022.

Dated this __10th__ day of March, 2021.

                                        /s/Ann Aiken
                                        Hon. Ann Aiken
                                        United States District Court Judge